ACCEPTED
03-14-00453-CV
5266610
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 12:55:38 PM
JEFFREY D. KYLE
CLERK

# TREY L. DOLEZAL, P.C.

301 CONGRESS AVENUE, SUITE 300
AUSTIN, TEXAS 78701
(512) 472-6811
FAX: (512) 472-6823

May 8, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/13/2015 12:55:38 PM

JEFFREY D. KYLE
Clerk

**COURTS:**

U.S. District Court, Western District – Austin Division – *Efile*
Travis County District Clerk – *Efile*
The Third Court of Appeals - *Efile*
Harris County District Clerk – *Efile*
Williamson County Clerk – *Efile*

Travis County Clerk – *Efile*
Bexar County District Clerk - *Efile*
Williamson County District Clerk – *Efile*
Denton County District Clerk - *Efile*

**ATTORNEYS:**

Troy Voelker, *Efile troy@mcneryvoelker.com*
Robert Vela, *Efile Robert@jptexaslaw.com*
Christine Duperrior – *Efile cduperrior@bbarr.com*
Glenn Brown, *Efile glenn@hopkinswilliamson.com*
Heidi Heinrich, *Email heidi@heinrichchristian.com*
Bradley James, *Email bjames@oneclickcleaners.com*
Angela Thompson, *Email a_thompsonbws@yahoo.com*
Greg Kondoff, *Email vp@grandtexan.com*
Michael Burnett, *Efile mburnett@pbtbm.com*
Steven G. Baughman, *Efile sbaughmanlaw@comcast.com*
Susannah A. Stinson, *Efile Susannah@susannahstinson.com*
Charles A. Gall, *Email cgall@hunton.com*
Scott Herlihy, *Efile sbhlaw@me.com*
John Courtade, *Efile johncourtade@johncourtade.com*
Madeline A. Collison, *Efile macollison@sweeneybechtold.com*
Richard E. Greenblum, *Efile richard@richardgreenblum.com*
David Schubert & Stephen Burnett, *Efile dschubert@schubertevans.com and sburnett@schubertevans.com*
Sheryl Rasmus and Jean Kelly, *Efile sgrasmus@rasmusfirm.com and jkelly@rasmusfirm.com*
John P. Henry and Christine Gonzales, *Efile jhenry@jhenrylaw.com; cgonzales@jhenrylaw.com*
Jodi Lazar and Mairin Peevey, *Efile jodi@lazarlaw.com and mairin@lazarlaw.com*
Alan Braun and Kathleen Miele, *Efile alanb@jeffdavislawfirm.com and kathleenm@jeffdavislawfirm.com*
Daniel D. Tostrud and Clint L. Taylor, *Email dtostrud@cobbmartinez.com and ctaylor@cobbmartinez.com*
Anthony Capobianco, *Email acapobianco@capobiancolaw.com*
Courtney Floyd, *Efile Courtney.floyd@nortonrosefulbright.com*

David A. Wright, *Email dwright@dwlaw.com*
Timothy Woods, *Email twoods@higerallen.com*
Ann Taylor, *Efile ast@khkclaw.com*
John D. Guerrini, *Email Guerrini@guerrinilaw.com*
Peter Ferraro, *Efile ferrarolaw@mac.com*
Greg Sapire, *Efile greg.sapire@klgates.com*
Lena Pavlova, *Email lena.pavlova@enersafe.com*
Scott Herlihy, *Efile sbhlaw@me.com*
Joe Michels, Jr., *Efile joe@michelsfirm.com*
Bryan E. Eggleston, *Efile bryan@lonestarlawfirm.com*
Jerry Frank Jones, *Efile jerry@jerryfrankjones.com*
Carolyn Hopper Young, *Email txfamlaw@sbcglobal.net*
Matt Catalano, *Efile mcatalano@cbtd.com*
Ryan G. Devine, *Certified Mail, RRR*

RE:     **VACATION LETTER**

Dear All:

I will be on vacation the following dates from August 6, 2015 through August 14, 2015. Please do not set anything during this time.

Thank you for your assistance in this matter and please call if you have any questions.

Sincerely,

Trey Dolezal

TLD/mac